**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00267-CR**

_____

**REGINALD DCHEIN SAMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-10-14214-CR**

_____

**MEMORANDUM OPINION**

On October 3, 2022, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why he needed additional time for filing the record. The appellant did not file a response. It appears that the appellant is not entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.2. There being no satisfactory explanation for the failure to file the record, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on November 29, 2022
Opinion Delivered November 30, 2022
Do Not Publish

Before Golemon, C.J., Kreger and Johnson, JJ.